## JOSEPH REMO *versus* ROBERT SMART

JOURNAL ENTRIES (1821): *Journal 3:* (1) Settled out of court *p. 256.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) bond for certiorari, approval; (5) writ of certiorari; (6) transcript of county court record.
*Office Docket*, MS p. 149, c. 72. (Case 123 of 1820)

## HENRY ST. JOHN DEZING *versus* JOHN WHIPPLE, ABRAHAM EDWARDS, BENJAMIN STEAD AND HENRY J. HUNT

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 257; (2) rule to assign errors *p. 305; (3) rule to assign errors extended *p. 305; (4) motion for rule to amend return *p. 305; (5) motion for affirmance *p. 337; (6) death suggested *p. 337; (7) judgment of reversal *p. 367.
PAPERS IN FILE: (1) Petition for certiorari and allowance; (2) affidavit for certiorari; (3) writ of certiorari; (4) transcript of J. P. record; (5) copies of advertisements concerning a lottery; (6) precipe for ca. sa. for costs; (7) writ of ca. sa. and return.
*1821 Calendar*, MS p. 44. Recorded in *Book B*, MS pp. 92–96.